IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PEREZ JIMINEZ, PATROCINIO GALAN, | No. C 06-07224 WHA |
| Plaintiffs, | |
| v. | **ORDER RE ECF REQUIREMENTS** |
| RONALD NAHAS, MARK RAFANELLI, RAFANELLI & NAHAS MANAGEMENT CORPORATION, | |
| Defendants. | |

This case is subject to the Electronic Case Filing requirements of General Order No. 45. Pursuant to Section V of that order, all manually-filed documents are required to be re-filed in electronic format within 10 days of the filing of the case-initiating document. Our docket reflects that defendants' counsel has failed to do this, despite three clerk's notices alerting counsel of the failure.

Defendants' counsel is **ORDERED TO COMPLY** with the filing requirements of Section V of General Order 45 by **MONDAY, APRIL 30, 2007**. Further delays may warrant sanctions.

**IT IS SO ORDERED.**

Dated: April 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE